UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GARY D. PEOPLES,<br><br>          Plaintiff,<br><br>    v.<br><br>SIX UNKNOWN SHERIFFS DEPUTIES,<br><br>          Defendants. | No. CV 06-8031-SVW (AGR)<br><br>**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED WITHOUT PREJUDICE** |

        On December 26, 2006, Gary D. Peoples, Jr., ("Plaintiff"), proceeding pro se and in forma pauperis, filed a civil rights complaint against six unknown sheriffs deputies. (Dkt. No. 4.)  The court ordered service upon defendants Johnson, Nativo, Garcia, Williams, Farias, and Zamora.  (Dkt. No. 88.)

        On February 9, 2009, Defendants filed a motion for summary judgment.  (Dkt. No. 124.)

        On February 20, 2009, this court issued an Order Re Defendants' Motion for Summary Judgment and Notice to Plaintiff of the Requirements of Federal Rule 56 and Local Rule 56.  (Dkt. No. 127.)  This order explained how to prepare an opposition to a

motion for summary judgment and ordered that Plaintiff's opposition papers be filed no later than April 6, 2009. (*Id.*)

The court's order dated February 20, 2009 was returned as undeliverable by the Postal Service.

Local Rule 41-6 requires that a Plaintiff proceeding pro se must keep the Court apprised of the Plaintiff's current address. In addition, Local Rule 41-6 provides that "the Court may dismiss the action with or without prejudice for want of prosecution" if the Plaintiff fails to notify the Court in writing of Plaintiff's current address within 15 days after mail is returned as undeliverable by the Postal Service. Plaintiff has failed to notify the court in writing of Plaintiff's current address within 15 days after mail is returned as undeliverable as required in Local Rule 41-6.

Accordingly, IT IS ORDERED that, on or before April 6, 2009, Plaintiff shall show good cause, if there be any, why this action should not be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order. ***Filing a Notice of Current Address and/or Opposition to Defendants' Motion for Summary Judgment on or before April 6, 2009, shall be deemed compliance with this Order to Show Cause.***

***If Plaintiff does not timely file a Notice of Current Address and/or Opposition to Defendants' Motion for Summary Judgment on or before April 6, 2009, the Court will recommend that the action be dismissed without prejudice for plaintiff's failure to prosecute and/or failure to comply with a court order.*** See Link v. Wabash R.R., 370 U.S. 626, 629-30, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962).

DATED: March 20, 2009

*alicia G. Rosenberg*

ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

2